September 29, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JANICE A. EVANS, Appellant

NO. 14-15-00351-CV                          V.

PROFESSIONAL WELDING SUPPLY, INC., SOUTHERN INDUSTRIAL
LEASING AND CIRO MEMBRENO, Appellees

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on January 12, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.